1
2/15/05

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE SOUTHERN DISTRICT OF FLORIDA

LIZETTE MARTINEZ,
      Plaintiff,

v.

AMERICAN GUARD SERVICES, INC.,

      Defendant.

_____/

05 - 20488

Case No.: **CIV - SEITZ**

FBN: 0780715

MAGISTRATE
BANDSTRA

## COMPLAINT

### Preliminary Statement

This is an action by Plaintiff, Lizette Martinez, against Defendant, American Guard

Services, Inc. ("American Guard") under Title VII of the Civil Rights Act of 1964, (as

amended by Pregnancy Discrimination Act 1976) to redress injury done to her by the

Defendant's discriminatory treatment on the basis of her sex and/or pregnancy and to

make whole, Plaintiff, Lizette Martinez.  Plaintiff also brings this action to remedy

discrimination in employment on the basis of her sex and pregnancy in violation of

Florida Statute Chapter 760, the Florida Civil Rights Act of 1992.  Defendant, American

Guard, discharged Lizette Martinez, from her position because of her sex, female and/or

because of her pregnancy.

### JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 USC sections 451, 1331, 1343 and

1367 and 42 USC section 2000(e)-5(f).  This action is authorized and instituted pursuant

to Title VII of the Civil Rights Act of 1964, 42 USC section 2000 (e)(k), et. seq., (as

amended by the Pregnancy Discrimination Act 1976), the Civil Rights Act of 1991, 42



2
2/15/05

USC section 1981(a) and pursuant to the Florida Civil Rights Act of 1992, Florida Chapter 760.

2.  The employment practices hereafter alleged to be unlawful were committed in the Southern District of Florida, Southern Division.

## PARTIES

3.  At all relevant times, Defendant, American Guard, was a California Corporation doing business in the State of Florida, Miami Dade County, which affects interstate commerce, who at all material times relevant hereto had 15 or more employees for each working day in each of 20 or more calendar weeks at all relevant times.

4.  The Plaintiff, Lizette Martinez, a citizen of the United States and a resident of Dade County Florida, who was employed by Defendant, American Guard, is a member of a protected class of persons.  She is a female and was pregnant at the time of termination.

5.  Plaintiff, Lizette Martinez, was employed by Defendant, American Guard, from July 1, 2003 through July 12, 2004, as a receptionist.

## FACTS

6.  Plaintiff's duties at Defendant corporation included, but were not limited to: answering phones, taking messages, assisting with questions from security guards, assisting with employment applications, filing, typing, parole, sending facsimile transmissions and making photo copies.

7. Throughout her employment with Defendant, American Guard, Plaintiff, Lizette Martinez, performed her duties in an exemplary fashion.

3
2/15/05

8. Mr. Danny Ball was one of the supervisory employees of Plaintiff.

9. On or about June 23, 2004, Plaintiff determined that she was pregnant.

10. On or about June 28, 2004, Plaintiff informed her coworkers she was pregnant.

11. On or about the morning of July 12, 2004 Plaintiff, Lizette Martinez, showed Danny Ball a document showing her appointment with the Department of Children and Families, (relating to receiving assistance in order to pay for items associated with her pregnancy) and explained to him that she needed time at some point between July 12 through 19th to go to her appointment. Danny Ball then excused himself and stepped into his office. He called Karolyn Weglarz into his office. Roughly fifteen (15) minutes transpired and Plaintiff, Lizette Martinez, was called into the office. In the presence of Karolyn Weglarz, Plaintiff was informed by Danny Ball that she was terminated. Mr. Ball began by stating that he was sorry that he had to terminate her and then was reminded by Ms. Weglarz to tell Plaintiff the "reason she was terminated." Mr. Ball then explained to Plaintiff that the reason she was terminated was for "unsatisfactory work performance." Mr. Ball then stated that "you won't have to worry about going to your appointments because you won't be working here anymore." He then threw her appointment paper on his desk.

12. The reason given for termination was a pretext for the real reason, because Plaintiff is a female and/or because she was pregnant.

13. Danny Ball was aware that Plaintiff was pregnant at least as soon as July 5, 2004.

4
2/15/05

14. After the termination of Plaintiff, Lizette Martinez, a person who was not pregnant was hired to perform the duties of Plaintiff.

15. On July 13, 2004, Plaintiff, Lizette Martinez, filed a complaint alleging sexual discrimination with the Equal Employment Opportunity Commission (EEOC). (see attached Exhibit "A"). This complaint was accepted for filing with the Florida Commission on Human Relations (FCHR) on July 14, 2004. The charge of discrimination was filed with the EEOC and the Florida Commission on Human Relations (FCHR) within 180 days of the alleged violation: July 12, 2004.(see exhibit "A").

16. On November 23, 2004, (after it was determined by the EEOC it was unable to conclude that the information obtained establishes violations of the statutes), the EEOC issued a "right to sue" letter to Plaintiff (see attached Exhibit "B") and suit was instituted within ninety (90) days of the letter.

## COUNT I

## TITLE VII VIOLATION of CIVIL RIGHTS ACT: SEXUAL AND PREGENANCY DISCRIMINATION (Termination)

Plaintiff, Lizette Martinez, realleges as if set forth herein paragraphs 1-16 of this initial complaint.

17. Plaintiff, Lizette Martinez, is a female and was pregnant at the time of termination, belonging to the groups entitled to protection under Title VII of the Civil Rights Act and under the Pregnancy Discrimination Act.

18. Defendant, American Guard, discriminated against Plaintiff, Lizette Martinez, because of her sex, female and/or pregnancy, when it terminated Plaintiff for these reasons in violation of Title VII of the Civil Rights Act and in violation of the Pregnancy Discrimination Act.

19. When Defendant's agents engaged in the aforesaid actions they were acting within the scope of their authority as Supervisor of Plaintiff, Lizette Martinez, which was a supervisory position at Defendant, American Guard, and hence, they acted in a supervisory capacity for Defendant, American Guard.

20. The Plaintiff, Lizette Martinez, was qualified for the position of receptionist.

21. The Plaintiff, Lizette Martinez, was treated less favorably than male employees because of her sex, female and/or because of her pregnancy.

22. Any legitimate, non discriminatory reason for discharge is a mere pretext for the actual reason for termination due to Plaintiff's pregnancy and/or due to her being a female.

23. The sex of Plaintiff, Lizette Martinez, was a motivating factor for her termination by Defendant. Plaintiff is a female. The pregnancy of Plaintiff, Lizette Martinez, was a motivating factor for her termination by Defendant. Defendant was pregnant at the time of termination.

24. The Plaintiff, Lizette Martinez's, termination from employment by Defendant, American Guard, was directly and proximately caused by the Defendant, American

6
2/15/05

Guard's, unjustified discrimination against Plaintiff because of her sex, female and/or because of her pregnancy.

25. As a result of the Defendant's intentional conduct, Plaintiff, Lizette Martinez, suffered serious economic losses as well as mental pain and suffering.

26. Plaintiff, Lizette Martinez, is entitled to punitive damages because Defendant's actions were wanton, willful, malicious and were recklessly indifferent to the Plaintiff's federally protected rights.

## PRAYER FOR RELIEF

Plaintiff, Lizette Martinez, hereby demands that the Defendant, American Guard, reinstate Plaintiff to the position she had with the same salary level which Plaintiff would have had absent Defendant's discriminatory treatment or, alternatively award front pay for the years she would have worked absent the defendant's discriminatory treatment and award back pay and loss of employment benefits to the Plaintiff for the time she would have worked absent the Defendant's discriminatory treatment. Additionally, Plaintiff, Lizette Martinez,  hereby demands that the Defendant, American Guard, pay compensatory damages for Plaintiff's, physical and emotional pain and suffering, award punitive damages and all reasonable attorney's fees incurred in connection with this action and grant such additional or alternative relief as may appear to the Court to be just and equitable.

## Jury Trial Demand

Plaintiff, Lizette Martinez, demands a trial by jury on all issues trialable of right by a jury.

7
2/15/05

## COUNT II

## FLORIDA CIVIL RIGHTS ACT OF 1992 ; SEXUAL/PREGENANCY
## DISCRIMINATION (Termination)

Plaintiff, Lizette Martinez, realleges as if set forth herein paragraphs 1-16 of this initial
complaint.

27.  Plaintiff, Lizette Martinez, is a female and was pregnant at the time of termination,
belonging to these groups entitled to protection under Florida Statute Section 760.10.

28.  Defendant, American Guard, discriminated against Plaintiff, Lizette Martinez,
because of her sex and/or because of her pregnancy, when it terminated Plaintiff for these
reasons in violation of Florida Statute Section 760.10.

29.  When Defendant's agents engaged in the aforesaid actions they were acting within the
scope of their authority as Supervisor of Plaintiff, Lizette Martinez, which was a
supervisory position at Defendant, American Guard, and hence, they acted in a
supervisory capacity for Defendant, American Guard.

30.  The Plaintiff, Lizette Martinez, was qualified for the position of receptionist.

31.  The Plaintiff, Lizette Martinez, was treated less favorably than male employees
because of her sex, female.  Plaintiff, Lizette Martinez, was treated less favorably because
of her status of being pregnant at the time of termination.

32.  Any legitimate, non discriminatory reason for discharge is a mere pretext for the
actual reason for termination, that being due to Plaintiff being female and/or due to her
status as being pregnant at the time of termination.

8
2/15/05

33.  The sex of Plaintiff, Lizette Martinez, was a motivating factor for her termination by Defendant.  Plaintiff is a female.  The status of Plaintiff being pregnant was a motivating factor for her termination by Defendant.   Plaintiff was pregnant at the time of termination.

34.  The Plaintiff, Lizette Martinez's, termination from employment by Defendant, American Guard, was directly and proximately caused by the Defendant, American Guard's, unjustified discrimination against Plaintiff because of her sex, female and/or due to her status as being pregnant.

35.  As a result of the Defendant's intentional conduct, Plaintiff, Lizette Martinez, suffered serious economic losses as well as mental pain and suffering.

36.  The Defendant's actions were malicious and were recklessly indifferent to the Plaintiff's rights pursuant to Florida Statute Section 760.10, protecting a person from discrimination because of their sex and due to their status as being pregnant.

37.  All conditions precedent to filing this action have been fulfilled.  The charge of discrimination filed with the EEOC was also filed with the Florida commission on Human Relations within 365 days of the alleged violation. (see Exhibit "A").  More than six months have passed since the institution of the complaint. (see exhibit "B", right to sue letter).

9
2/15/05

## PRAYER FOR RELIEF

Plaintiff, Lizette Martinez, hereby demands that the Defendant, American Guard, reinstate Plaintiff to the position she had with the same salary level which Plaintiff would have had absent Defendant's discriminatory treatment or, alternatively award front pay for the years she would have worked absent the defendant's discriminatory treatment and award back pay and loss of employment benefits to the Plaintiff for the time she would have worked absent the Defendant's discriminatory treatment. Additionally, Plaintiff, Lizette Martinez, hereby demands that the Defendant, American Guard, pay compensatory damages for Plaintiff's physical and emotional pain and suffering, award punitive damages and all reasonable attorney's fees incurred in connection with this action and grant such additional or alternative relief as may appear to the Court to be just and equitable.

## Jury Trial Demand

Plaintiff, Lizette Martinez, demands a trial by jury on all issues trialable of right by a jury.

Respectfully Submitted,

Law Office of Joseph S. Shook, Esq.

and Associates,

BY:_____

Joseph S. Shook, Esq.
75 Valencia Ave.,
#2nd Floor
Coral Gables FL, 33134
Telephone (305) 446-4177
Facsimile (305) 446-4565
e-mail shooklaw@bellsouth.net

```
1
12/28/04
```

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE SOUTHERN DISTRICT OF FLORIDA

LIZETTE MARTINEZ,

     Plaintiff,

v.

                                  Case No.:

AMERICAN GUARD SERVICES, INC.,

                                  FBN: 0780715

     Defendant.

_____/

## EXHIBIT "A"

EEOC Form 5 (5/01)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | **150-2004-03748** |

**Florida Commission On Human Relations** and EEOC

*State or local Agency, if any*

| Name *(Indicate Mr., Ms., Mrs.)* | Home Phone No *(Incl Area Code)* | Date of Birth |
|---|---|---|
| **Ms. Lizette Martinez** | **(305) 303-4614** | **12-20-1982** |

| Street Address | City, State and ZIP Code |
|---|---|
| **2935 S.W. 1 Avenue, #3, Miami, FL 33129** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **AMERICAN GUARD SERVICE** | **101 - 200** | **(305) 373-7111** |

| Street Address | City, State and ZIP Code |
|---|---|
| **1007 North America Way #403, Miami, FL 33132** | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE   ☐ COLOR   ☒ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☐ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ OTHER *(Specify below.)*

| DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|
| Earliest | Latest |
| **07-12-2004** | **07-12-2004** |

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

**1. I am a female. I worked for the Respondent for one year as an Office Assistant. I was a good employee with no performance problems, counselings or warnings. On June 23, 2004, I found out I was pregnant. I have only been absent from work twice in the course of one year. The first day due to a bad flue and the second day, on June 28, 2004, due to my pregnancy. On July 12, 2004, I gave Danny Ball, my Manager, a letter from the Department of Children and Families, in order to request time to go DCF for a meeting related to receiving assistance due to my pregnancy. 30 Minutes later Mr. Ball called me into his office. Ms. Karolyn Weglarz, Office Administrator, was also present. Mr. Ball state that he had to let me go due to unsatisfactory work performance. Then he smiled and told me that "now I could go to my appointments whenever I wanted because I no longer had a job."**

**2. Respondent alleges I was terminated due to performance issues but I was never counseled nor warned about any of them.**

**3. I believe Respondent terminated my employment because of my pregnancy in violation of Title VII of the 1964 Civil Rights Act, as amended.**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **Jul 14, 2004** _____ *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |
| *Date* | |

```
1
12/28/04
```

# IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE SOUTHERN DISTRICT OF FLORIDA

LIZETTE MARTINEZ,
      Plaintiff,

v.

AMERICAN GUARD SERVICES, INC.,

      Defendant.

_____/

Case No.:

FBN: 0780715

## EXHIBIT "B"

U.S. Equal Employment Opportunity Commission

# DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| **To:**   **Lizette Martinez**<br><br>**2935 S.W. 1st Avenue, #3**<br><br>**Miami, FL 33129**<br><br>[ ]  *On behalf of a person aggrieved whose identity is*<br>*CONFIDENTIAL (29 CFR § 1601.7(a))* | **From:**   **Miami District Office**<br>**Equal Employment Opportunity Commission**<br>**One Biscayne Tower, Suite 2700**<br>**2 South Biscayne Boulevard**<br>**Miami, Florida  33131-1805** |

| Charge Number | EEOC Representative | Telephone No. |
|---|---|---|
| 150 2004 03748 | Jose E. Camejo, Federal Investigator | 305-530-6057 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]  The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]  Your allegations did not involve a disability that is covered by the Americans with Disabilities Act.

[ ]  The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]  We cannot investigate your charge because it was not filed within the time limit required by law.

[ ]  Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ]  While reasonable efforts were made to locate you, we were not able to do so.

[ ]  You had 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[X]  The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]  The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]  Other *(briefly state)*

---

**-- NOTICE OF SUIT RIGHTS --**
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may pursue this matter further by bringing suit in federal or state court against the respondent(s) named in the charge. **If you decide to sue, you must sue <u>WITHIN 90 DAYS</u> from your receipt of this Notice.** Otherwise your right to sue based on the above-numbered charge will be lost.

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible. (If you file suit, please send a copy of your court complaint to this office.)

On behalf of the Commission

**NOV 2 3 2004**
_____     _____
*(Date Mailed)*                          Federico Costales, District Director

cc:

Joseph S. Shook, Esq.                              American Guard Services, Inc.

Attorney for Lizette Martinez                      c/o Danny Ball, Director of Operations

75 Valencia Avenue, 2nd Floor                      1007 N. America way, Suite 315

Coral Gables. FL 33134                             Miami, FL 33132

# INFORMATION RELATED TO FILING SUIT
# UNDER THE LAWS ENFORCED BY THE EEOC

(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)

**PRIVATE SUIT RIGHTS --   Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA),
or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file lawsuit against the respondent(s) named in the charge **within 90 days of
the date you receive this Notice.** Therefore, you should **keep a record of this date**. Once this 90-day period is over, your
right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so
promptly. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be
filed **within 90 days of the date this Notice was mailed to you** (as indicated where the Notice is signed).

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State
court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to
your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of
your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the
extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought
in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment
records are kept, where the employment would have been, or where the respondent has its main office. If you have simple
questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not
expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS -- Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: backpay
due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible. For example, if
you were underpaid under the EPA for work performed from 7/1/96 to 12/1/96, you should file suit before 7/1/98 -- not
12/1/98 -- in order to recover unpaid wages due for July 1996. This time limit for filing an EPA suit is separate from the
90-day filing period under Title VII, the ADA or the ADEA referred to above. Therefore, if you also plan to sue under
Title VII, the ADA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice
**and** within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION -- Title VII and the ADA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in
your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the
U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an
attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do
not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE -- All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any
questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect
or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge
number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charges are kept for at least
6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your
review request within 6 months** of this Notice. (Before filing suit, any request should be made within the next 90 days.)

**IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.**

# CIVIL COVER SHEET

*RUSH*

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**05 - 20488**

**I (a) PLAINTIFFS**

Lizette Martinez

**DEFENDANTS**

American Guard Services, Inc.

MAGISTRATE SEITZ

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF __Dade__
(EXCEPT IN U.S. PLAINTIFF CASES)

Dade 1: 05CV20488 Seitz/TEB

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT __Dade__
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Joseph S. Shook, Esq. 75 Valencia Ave., 2nd Floor, Coral Gables FL, 33134 (305) 446-4177

ATTORNEYS (IF KNOWN)

**(d)** CIRCLE COUNTY WHERE ACTION AROSE:
DADE, MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

| II. BASIS OF JURISDICTION (PLACE AN X ONE BOX ONLY) | III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) | | |
|---|---|---|---|

**II. BASIS OF JURISDICTION** (PLACE AN X ONE BOX ONLY)

- ☐ 1. U.S. Government Plaintiff
- ☒ 3. Federal Question (U.S. Government Not a Party)
- ☐ 2. U.S. Government Defendant
- ☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Case Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated of Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)
42 USCA 2000(e)-5(f), Title VII of Civil Rights Act.
Sex/Pregnancy discrimination.

**IVa.** 6 days estimated (for both sides) to try entire case

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| A CONTACT | A TORTS | B TORTS | B FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUS |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 362 Personal Injury-Med Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 States Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury-Product Liability | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **A PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. B |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) B | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending B | ☐ 660 Occupational Safety/Health | **B SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits B | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholder's Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **A LABOR** | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12USC3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor Management Relations B | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| | | | ☐ 730 Labor/Management Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **B PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure B | ☒ 442 Employment | Habeas Corpus | ☐ 791 Employee Ret. Inc. Security Act B | ☐ 871 IRS-Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General * | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 890 Other Statutory Actions * |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other * | | | * A or B |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights * A or B | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

- ☒ 1. Original Proceeding
- ☐ 2. Removed From State Court
- ☐ 3. Remanded from Appellate Court
- ☐ 4. Refiled
- ☐ 5. Transferred from another district (specify)
- ☐ 6. Multidistrict Litigation
- ☐ 7. Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT**
CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23
**DEMAND $** General Demand
CHECK YES only if demanded in complaint.
**JURY DEMAND:** ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY**
(See Instructions): None.
JUDGE _____ DOCKET NUMBER _____

DATE 2/16/05

SIGNATURE OF ATTORNEY OF RECORD

UNITED STATES DISTRICT COURT
S-F 1-2

FOR OFFICE USE ONLY: Receipt No. 915814   Amount: 25000